**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**

To: Gay Wells                                    February 12, 2015

**County:  Grimes (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-11-00633-CR | Donald Eric Wingard v. The State of Texas | 16,816 |
|---|---|---|
| | State's Exhibit 1, a DVD | |
| | State's Exhibit 2, a DVD | |

Received by: _____

Received on: _____